# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KAYAN SYKES and K.K.E., a minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:16-CV-578 CAS |
| ) | |
| PETER LIPAROTO, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on plaintiffs' Consent Motion to Amend Complaint. Plaintiffs' proposed amended complaint removes plaintiff Kayan Sykes as next friend for minor plaintiff K.K.E., and substitutes plaintiff Kavon Evans for plaintiff K.K.E., as Mr. Evans has reached the age of majority. The motion will be granted but the Court will not direct the Clerk to file the proposed amended complaint that was submitted with the Motion to Amend, because the pleading is not titled as an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Consent Motion to Amend Complaint is **GRANTED**, and plaintiffs are granted leave to file an amended complaint. [Doc. 40]

**IT IS FURTHER ORDERED** that plaintiffs shall promptly file their amended complaint, retitled as such.

**IT IS FURTHER ORDERED** that the Order of October 3, 2017 (Doc. 37) is **VACATED** to the extent it ordered plaintiffs to file a motion for Court approval of the parties' settlement.

**IT IS FURTHER ORDERED** that by November 22, 2017, plaintiffs shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  **Failure to comply timely with this order will result in the dismissal of this action with prejudice.**

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this  24th  day of October, 2017.