IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAYAN SYKES and K.K.E., individually, | ) |
| | ) |
| Plaintiffs, | ) 4:16-cv-00578-CAS |
| vs. | ) |
| | ) |
| PETER LIPAROTO, et al., | ) **JURY TRIAL** |
| | ) **DEMANDED** |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

COME NOW plaintiffs and defendants and stipulate and agree that plaintiffs' causes of action herein be dismissed, with prejudice, with each party to bear their own costs.

*/s/ Kavon Evans*
Plaintiff

*/s/ Kayan Sykes*
Plaintiff

KHAZAELI WYRSCH LLC

By: /s/ James R. Wyrsch
James R. Wyrsch, #53197
Javad M. Khazaeli, #53735
911 Washington Ave, Suite 211
St. Louis, MO. 63101
(314) 288-0777
Fax: (314) 400-7701
james.wyrsch@kwlawstl.com
javad.khazaeli@ kwlawstl.com
*Attorneys for Plaintiffs*

BEHR, MCCARTER & POTTER, P. C.

By: */s/ Edward V. Crites*
Edward V. Crites #33985MO
7777 Bonhomme, Suite 1400
Clayton, MO  63105
314-862-3800
314-383-0676 - direct
314-862-3953 – facsimile
ecrites@bmplaw.com
*Attorneys for Defendants Peter Liparoto, Brett Bowling and City of Normandy*

1